# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Cathy L. Waldor, U.S.M.J. |
| v. | : Mag. No. 19-7339 |
| SYLVIA MERCADO | : **ORDER FOR CONTINUANCE** |

**THIS MATTER** having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Leah Gould, Assistant United States Attorney), and Defendant Sylvia Mercado (by Montell Figgins, Esq., and Kenneth Brown, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and Defendant being aware that she has the right to have the matter submitted to a grand jury within 30 days of the date of her arrest pursuant to Title 18 of the United States Code, Section 3161(b); and Defendant, through her attorneys, having consented to the continuance; and three prior continuances having been granted; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1) Both the United States and Defendant desire time to negotiate a plea agreement, which would render trial of this matter unnecessary;

(2) Defendant has consented to the aforementioned continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial.

**WHEREFORE**, it is on this 31 day of January 2020;

**ORDERED** that this action be, and it hereby is, continued from the date this Order is signed through and including March 31, 2020; and it is further

**ORDERED** that the period from the date this Order is signed through and including March 31, 2020 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                              s/Cathy L. Waldor
                                              HONORABLE CATHY L. WALDOR
                                              United States Magistrate Judge

Form and entry consented to:

_____
Montell Figgins, Esq.
Kenneth Brown, Esq.
Counsel for Defendant

_____
Leah Gould
Assistant United States Attorney

_____
Meredith J. Williams
Chief, OCDETF/Narcotics Unit

_____
Mary E Toscano
Deputy Chief, Criminal Division